IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

|  |  |
|---|---|
| CHRISTOPHER VALENTINE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FLUOR DANIEL MAINTENANCE )<br>SERVICES, INC. )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:17-cv-03084-JFA-JDA |

## **PLAINTIFF'S RESPONSES TO LOCAL RULE 26.01 INTERROGATORIES**

INTERROGATORY NO. A:

State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

RESPONSE NO. A:

There are no persons known to Plaintiff.

INTERROGATORY NO. B:

As to each claim, state whether it should be tried jury or nonjury and why?

RESPONSE NO. B:

This case should be tried before a jury.

INTERROGATORY NO. C:

State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate: (2) each publicly owned company which owns ten percent or more of the outstanding

shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

RESPONSE NO. C:

Does not apply.

INTERROGATORY NO. D:

State the basis for asserting the claim in the division in which it was filed.

RESPONSE NO. D:

Defendant removed this case to this Division.

INTERROGATORY NO. E:

Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?

RESPONSE NO. E:

Not to Plaintiff's knowledge.

Dated this the 27TH day of NOVEMBER 2017.

                Respectfully submitted,

                **ARNOLD LAW FIRM, LLC**

        By    s/Brian E. Arnold
                Brian E. Arnold
                Federal I.D. No. 7431
                223 West Stone Avenue
                Greenville, South Carolina 29609
                (864) 242-2427